| | |
|---|---|
| JONATHAN ETCHISON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:12-cv-205 |
| v. ) | |
| ) | Judge Mattice |
| UNIVERSITY OF TENNESSEE AT ) | |
| CHATTANOOGA, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## JUDGMENT

This case came before the Court on the Defendant's Motion for Summary Judgment. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted Defendant's Motion for Summary Judgment,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 18th day of February, 2014.

                                             /s/ *Debra C. Poplin*
                                               Debra C. Poplin
                                               CLERK OF COURT